# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Joanne Biggs Adm. of the Est of Devon Marie Martin | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-cv-376 |
| Wawa, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Joanne Biggs, Administrator of the Estate of Devon Marie Martin   .

Date:   06/09/2023

/s/ Blackwell N. Shelley, Jr.
*Attorney's signature*

Blackwell N. Shelley, Jr. VSB # 28142
*Printed name and bar number*

Shelley Cupp Schulte, P.C.
3 W. Cary St.
Richmond VA 23220

*Address*

shelley@scs-work.com
*E-mail address*

(804) 644-9700
*Telephone number*

(804) 278-9634
*FAX number*